UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: * | CASE NO. 20-11214-pmb | |
| * | | |
| LONA DEMETRIA CAROLYNN BIBBS-WALKER * | CHAPTER 7 | |
| * | | |
| Debtor. * | JUDGE PAUL M. BAISIER | |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**

To all Creditors, indentured trustees and committees appointed or elected in this case pursuant to law:

In accordance with Rule 6007 of the Bankruptcy Rules, Notice is hereby given of the proposed abandonment or other disposition of the following described property:

1. 2018 Harley Davidson, Debtor's residence;
2. 2018 GMC K3500, Debtor's residence;
3. 2016 Harley Davidson touring, Debtor's residence;
4. 2015 Chevrolet Trax, Debtor's residence;
5. 2015 Chevrolet Silverado, Debtor's residence;
6. 2019 Chevrolet Silverado, Debtor's residence;
7. 2017 Keystone Carbon, Debtor's residence;
8. 193 Stanley Road, Fayetteville, GA;
9. 3012 Tylerton Court, SW;
10. Clothing, Debtor's residence;
11. Dental license;
12. Patient list

An Objection may be filed and served by a party in interest within 15 days of the mailing of this Notice.

Dated:  March 25, 2021

/s/ James G. Baker
JAMES G. BAKER
Chapter 7 Trustee
Georgia Bar No. 033717

JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059
jgbaker@jgbpc.com