

**IT IS ORDERED as set forth below:**

Date: October 3, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 20-11214-pmb |
| LONA DEMETRIA CAROLYNN BIBBS-WALKER, | * | |
| | * | |
| | * | CHAPTER: 7 |
| Debtor. | * | |
| | * | JUDGE: BAISIER |
| | * | |

## ORDER GRANTING LEAVE OF ABSENCE

Before the court is the Motion for Leave of Absence of Sims W. Gordon, Jr., Counsel for Debtor, LONA DEMETRIA CAROLYNN BIBBS-WALKER, (the "Motion") [Doc. 123] having been filed on or about September 19, 2022, and having been properly served upon all interested parties on said date.

The above and foregoing Motion having been filed, and upon review of the Motion, pleadings, evidence and file;

**IT IS THEREFORE ORDERED** that the Motion filed on September 19, 2022, is GRANTED pursuant to BLR 9010-5.

**IT IS HEREBY ORDERED** that no matters shall be placed on the calendar for the following time periods: 9/22/2022 through 9/23/2022; 10/7/2022; 10/18/2022 through 10/24/2022; 10/27/2022 through 10/28/2022; 11/9/2022 through 11/11/2022; 11/21/2022 through 12/2/2022; 12/23/2022 through 1/3/2023; 2/1/2023 through 2/13/2023; 4/24/2023 through 4/28/2023; 6/19/2023 through 6/23/2023; and 6/26/2023 through 6/30/2023.

**END OF DOCUMENT**

Order Prepared by:

/s/ Sims W. Gordon, Jr.
Sims W. Gordon, Jr.
Attorney for Debtors
State Bar No. 302483
THE GORDON LAW FIRM, PC
400 Galleria Parkway, SE
Suite 1500
Atlanta, Georgia 30339
(770) 955-5000
Law@gordonlawpc.com

**DISTRIBUTION LIST**

All Parties on the Mailing Matrix in this Case